

FILED
CLERK, U.S. DISTRICT COURT
MAY 19 2021
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )   Case No.: CR 90-0201-SVW
                                    )
              Plaintiff,            )
                                    )
        vs.                         )   ORDER OF DETENTION AFTER HEARING
                                    )   [Fed. R. Crim. P. 32.1(a)(6);
Ruben Robert Foster,                )   18 U.S.C. § 3143(a)]
                                    )
              Defendant.            )
_____)

   The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central Dist/California for alleged violation(s) of the terms and conditions of (his)/her [probation] (supervised release); and

   The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

   The Court finds that:

A.   (✓) The defendant has not met (his)/her burden of establishing by clear and convincing evidence that (he)/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on absconder status, failure to report, prior history

of various violations

and/or

B. [X] The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: lengthy criminal history, prior violations, new convictions since release, prior violence and use of weapons

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: May 19, 2021

JEAN ROSENBLUTH
U.S. MAGISTRATE JUDGE